NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LANCE MCDERMOTT,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**UNITED STATES POSTAL SERVICE,**
*Intervenor*

---

2025-1592

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-20-0705-I-1.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

In May 2024, this court transferred Lance McDermott's mixed case to federal district court because this court lacks jurisdiction over such cases. *See* Appeal No. 2024-1788, ECF No. 31. The district court has since dismissed, and Mr. McDermott has an appeal pending before the United

2                                                    MCDERMOTT v. MSPB

States Court of Appeals for the Ninth Circuit. Mr. McDermott has now filed a second, duplicative appeal with this court. Because we lack jurisdiction and see no reason to transfer, we grant the Merit Systems Protection Board's motion to dismiss.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. This matter is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

September 12, 2025
            Date

Jarrett B. Perlow
Clerk of Court